UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JILL CARUSO**, Individually  <br><br>  Plaintiff,  <br><br> v.  <br><br> **Foundation Park Shopping Center, LLC,** an Ohio limited liability company**,**  <br><br> And  <br><br> **N & Cy Watson, Inc.,** an Ohio corporation for profit,  <br><br>  Defendants. | Case No. 3:21-cv-2214  <br><br> Judge Jeffrey J. Helmick |

## **STIPULATION AND PROPOSED ORDER OF DISMISSAL**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Date: August 17, 2022

Law Offices of Owen Dunn, Jr.                    RENDIGS, FRY, KIELY & DENNIS, LLP

/s/ Owen B, Dunn, Jr.                                   /s/ Megan Mersch
Owen B. Dunn Jr. (OH Bar #0074743)       Jonathan P. Saxton (0042280)
The Ottawa Hills Shopping Center              Megan E. Mersch (0095428)
4334 W. Central Avenue, Suite 222            RENDIGS, FRY, KIELY & DENNIS, LLP
Toledo, OH  43615                                       600 Vine Street, Suite 2650
Phone:  (419) 241-9661                               Cincinnati, Ohio 45202
Fax:      (419) 241-9737                                Telephone: 513 381 9200
Email:  dunnlawoffice@sbcglobal.net         Facsimile: 513 381 9206
*Attorney for Plaintiff*                                    Email: jsaxton@rendigs.com
                                                                             mmersch@rendigs.com
                                                                    *Attorneys for Foundation Park Shopping Center, LLC*

Hanna, Campbell & Powell, LLP

/s/ Kenneth A. Calderone
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
R. Brian Borla (0077322)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
Telephone: (330) 670-7324 / (330) 670-7602
(330) 670-7339
Facsimile: (330) 670-7440 / (330) 670-7458
(330) 670-7453
Email: kcalderone@hcplaw.net
jlatchney@hcplaw.net
bborla@hcplaw.net
*Attorneys for Defendant N & CY Watson, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent via the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Owen B. Dunn, Jr.

## **ORDER**

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: August 17, 2022

IT IS SO ORDERED.

s/ Jeffrey J. Helmick
JUDGE JEFFREY J. HELMICK